IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

B.A.C.A. INTERNATIONAL, INC.                                                   PLAINTIFF

v.                                CASE NO. 4:19-CV-00757-BSM

MIKE RAGSDALE, *et al.*                                                       DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 25th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE